UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOOKER,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　　　　　Defendants | Case No. 2:23-cv-00469-ART-DJA<br><br>**ORDER** |

**I.　DISCUSSION**

On September 12, 2023, the Court granted Plaintiff an extension of time until October 27, 2023, to file a completed financial certificate and a prison trust-fund account statement for the previous six-month period or pay the full $402 filing fee. (ECF No. 26 at 3). Plaintiff filed a motion for an extension of time because he is still waiting for his documents from inmate accounting. (ECF No. 27). The Court grants the motion for an extension of time. Plaintiff has until **December 4, 2023**, to submit his financial certificate and prison trust-fund account statement or pay the full $402 filing fee.

Plaintiff also filed a motion for summary of records. (ECF No. 28). In the motion, Plaintiff requests that this Court electronically file with the Eighth Judicial District Court all documents that he has filed in this Court. (*Id.* at 2). The Court denies this motion. Plaintiff may file his documents with the Eighth Judicial District Court himself.[1]

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 27) is **granted**. Plaintiff has **until December 4, 2023,** to either pay the full $402 filing fee or file his financial certificate and prison trust-fund account statement for the previous six-month period.

---

[1] The Court cannot provide copies or mailing service for parties, even indigent plaintiffs proceeding *in forma pauperis*. If you wish to receive copies of electronically filed documents from the Court, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.

It is further ordered that the motion for summary of records (ECF No. 28) is **denied**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  11/6/2023

_____
UNITED STATES MAGISTRATE JUDGE